DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

DEREK AVERY ODENDAHL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-530

———————————————

January 12, 2024

Appeal from the Circuit Court for Hillsborough County; Barbara Twine
Thomas, Judge.

Howard L. Dimmig, II, Public Defender and Jeri Delgado, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, MORRIS, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.